## Krafchick Law Firm

**Legal Services for Injured People**

Steven P. Krafchick
*Attorney at Law*

Kristian E. Soholm
*Attorney at Law*

*Legal Assistants:*
Julia Busko
Curtis Williams
Nadia Sayah-Sina

October 24, 2007

Ronald B. Leighton
Bruce Rifkin, Clerk
U.S. Courthouse
1717 Pacific Ave.
Tacoma, WA 98402



FILED
RECEIVED     LODGED
OCT 25 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

FILED     LODGED
RECEIVED     DEPUTY

NOV - 5 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

Re:     ***Welsh v. MetLife***
        ***Case no. 04-5143 RBL***

Dear Judge Leighton:

  I am enclosing for your review the Interrogatories and Requests for Productions served on defendants. I am also enclosing the following subpoenas:

- Metlife 30(b)(6) and Deloitte & Touch LTD Plan 30(b)(6);
- Dr. Robert Porter, President and CEO of Network Medical Review (NMR), who reviewed Mr. Welsh's records and prepared a report at the request of Metlife. Dr. Petrie whose record review the 9th Circuit found inadequate in Welsh 1 worked for Dr. Porter;
- Dr. Sharon Romm, of Medical Consultants Network (MCN), who performed a defense medical exam upon Mr. Welsh at the request of Metlife;
- Dr. Mark A. Silver, of MCN, who performed a defense medical exam upon Mr. Welsh at the request of Metlife;
- Corinne Hollingsworth, Group Insurance Supervisor for Deloitte & Touch;
- Judy Kapp, Karin Mohry, Kerry Ryan and Laura Sullivan are claims analysts for Metlife who made decisions regarding Mr. Welsh's claim. Ms. Sullivan was deposed by prior counsel Frank Darras before his winning appeal in Welsh 1.

**04-CV-05143-LTR**

Very truly yours,

KRAFCHICK LAW FIRM

Steven P. Krafchick

Enclosure
cc:     Robert Miller, Gail Manuguid and Katherine Somervell  (without exhibits)

100 W. Harrison, South Tower, Suite 300,  Seattle, Washington 98119 (206)374-7370  Fax (206)374-7377
Email: klf@krafchick.com