1

2

3

4

5

6

7                                  THE HONORABLE RONALD B. LEIGHTON

8

9

10

11                        UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
12                                 AT TACOMA

13

David Welsh,
14
                                              NO.  CV04-5143 RBL
                        Plaintiff,
15
                                              NOTICE OF UNAVAILABILITY
16         v.

17
Metropolitan Life Insurance Company et.
18  al.,

19                      Defendants.

20
TO:        THE CLERK OF THE ABOVE-ENTITLED COURT;
21  AND TO:    ALL COUNSEL OF RECORD

22      YOU AND EACH OF YOU please take notice that Steven P. Krafchick, attorney for

23
Plaintiff, will be unavailable for any and all proceedings in the above-referenced matter from
24

25

26

27                                            **KRAFCHICK LAW FIRM**
                                              100 W. Harrison
                                              SouthTower, Suite 300
28  NOTICE OF UNAVAILABILITY-1                 Seattle, Washington 98119
                                              (206) 374-7370   Fax (206) 374-7377
                                              klf@krafchick.com

1  March 1, 2009 through April 30, 2009.

2

3

         DATED this 25th day of February, 2009.
4

5

6                                              KRAFCHICK LAW FIRM

7

8                              By:    /s/ Steven P. Krafchick
                                      Steven P. Krafchick, WSBA #13542
9                                     Attorney for Plaintiff

10

11  //

12  //

13  //

14  //

15  //

16  //

17  //

18  //

19  //

20  //

21  //

22  //

23  //

24  //

25

26

27                                             **KRAFCHICK LAW FIRM**
                                               100 W. Harrison
                                               SouthTower, Suite 300
28  NOTICE OF UNAVAILABILITY-2                  Seattle, Washington 98119
                                               (206) 374-7370   Fax (206) 374-7377
                                               klf@krafchick.com

1

2

**CERTIFICATE OF SERVICE**

3

4     The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the state of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

5

6

7     On Wednesday, February 25, 2009, I caused to be served in the manner noted below a copy of the following: NOTICE OF UNAVAILABILITY OF COUNSEL on the following counsel(s) of record:

8

9    Ms. Katherine S. Somervell, Esq.          Ms. Gail Manuguid, Esq.

10   Mr. Robert B. Miller, Esq.                Bullivant Houser Bailey, PC
     Bullivant Houser Bailey PC                1601 Fifth Avenue

11   300 Pioneer Tower                         Suite 2300
     888 SW 5th Avenue                         Seattle, WA  98101-1618

12   Portland, OR  97204                       Attorneys for ATTORNEY Manuguid
     Attorneys for DEFENDANT Deloitte &            [ ] U.S. Mail

13   Touche Long Term Disability Plan             [ ] Telecopier (Fax)
         [ ] U.S. Mail                            [ ] Messenger

14       [ ] Telecopier (Fax)                     [ ] Hand Deliver
         [ ] Messenger                            [x] ECF Filing

15       [ ] Hand Deliver
         [x] ECF Filing

16

17

18

19

20   DATED this 25th day of February, 2009.

21

22

23                                            /s/ Nadia Sayah-Sina
                                              Nadia Sayah-Sina

24                                            Legal Assistant

25

26

27                                            **KRAFCHICK LAW FIRM**
                                              100 W. Harrison
                                              SouthTower, Suite 300

28   NOTICE OF UNAVAILABILITY-3               Seattle, Washington 98119
                                              (206) 374-7370   Fax (206) 374-7377
                                              klf@krafchick.com