The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID L. WELSH,

    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY; AND DELOITTE & TOUCHE GROUP INSURANCE PLAN,

    Defendant.

No.: CV04-5143 RBL

**Protective Order Re MetLife's Financial Information**

**[Proposed by MetLife]**

THIS MATTER having come on regularly for hearing before the undersigned Judge of this Court, upon the parties' CR 37 Submission Regarding Interrogatories 10 and 11 (Dkt. ___), and the Court having considered the motion and papers filed in support of the motion, including:

1. The parties' joint CR 37 Submission Regarding Interrogatories 10 and 11;

2. Declaration of Laura Sullivan;

3. Declaration of Brian Keeley and its attachments;

4. Declaration of Steven P. Krafchick;

5.

Based on the motion and papers filed in support of the motion, the Court finds and

Protective Order Re MetLife's Financial Information
No.: CV04-5143 RBL

Page 1

**Bullivant|Houser|Bailey PC**
1601 Fifth Avenue, Suite 2300
Seattle, Washington 98101-1618
Telephone: 206.292.8930

orders as follows:

 1. Plaintiff propounded written discovery requests in this matter seeking information and documents concerning MetLife's structural conflict of interest with respect to its administration of plaintiff David Welsh's ("Welsh") claim for long-term disability benefits. MetLife produced all information ordered by the Court to be provided to Plaintiff, with the exception of certain limited financial information not publicly available and requested in plaintiff's Interrogatories 10 and 11. MetLife asserted in its written discovery response, and contends in this motion, that such information is proprietary and confidential, and that MetLife is entitled to an order that it shall not be used except in this litigation, and shall not be disseminated publicly. The documents to be produced by MetLife have been shown to the Court's satisfaction to be proprietary and confidential, and therefore MetLife is entitled to permanent protection of such documents pursuant to Federal Rule of Civil Procedure 26(c). The financial information sought in Interrogatories 10 and 11 may hereafter be referenced as "Confidential Information."

 2. "Qualified Person" as used herein means: (i) members, employees, counsel, or co-counsel of Steven Krafchick, (ii) plaintiff David Welsh, and (iii) this Court and its personnel, and (iv) any court reporter involved in proceedings in which such documents are to be used.

 3. Confidential Information may be disclosed by Welsh and/or Welsh's counsel only to Qualified Persons and then only to the extent that Welsh's counsel in good faith believes that such disclosure is reasonably necessary to the prosecution of this litigation.

 4. Each Qualified Person will maintain the Confidential Information in confidence and will not reveal it to anyone who is not a Qualified Person without the prior written consent of MetLife's counsel, or in the absence of such consent, an order of the Court authorizing such disclosure.

 5. Counsel for the parties may, in the course of deposing a person who is not a

Protective Order Re MetLife's Financial Information  
No.: CV04-5143 RBL  
Page 2  
Bullivant|Houser|Bailey PC  
1601 Fifth Avenue, Suite 2300  
Seattle, Washington 98101-1618  
Telephone: 206.292.8930

1  Qualified Person, show the witness Confidential Information and examine the witness
2  concerning such information provided that (a) the witness has read this Order and agreed in
3  writing to be bound by it; and (b) no persons are present during those portions of the
4  examination concerning Confidential Information except the witness, Qualified Persons,
5  MetLife's and Welsh's counsel, and a court reporter.

6        6.     The transcript of deposition testimony containing or reflecting Confidential
7  Information shall be bound separately, marked by the court reporter as "Confidential," and
8  treated as Confidential subject to the terms of this Order.

9        7.     If either party wishes to use Confidential Information during any motion
10  practice or trial of this action, the Parties will submit such materials under seal, pursuant to
11  the Local Rules of this Court.  Documents filed with the Court that are designated
12  Confidential or contain or discuss Confidential Information shall be filed under seal and kept
13  under seal absent a further order of the Court.  Where possible, however, only the
14  Confidential portions of filings with the Court shall be filed under seal.

15        8.     At the conclusion of this lawsuit (including appeals, if any), all Confidential
16  Information in the possession of any Qualified Person or any other person who has received
17  such information pursuant to this Order, together with all copies, extracts, and summaries
18  thereof, shall be returned to MetLife.  All Qualified Persons who have copies of confidential
19  information, or documents reflecting or containing Confidential Information, shall within ten
20  days after all proceedings in this case are concluded, provide to counsel for MetLife an
21  affidavit verifying that all Confidential Information in such person's possession, custody or
22  control has been returned to counsel for MetLife, and that the individual has not made or
23  retained any copies of the Confidential Information, or, if copies were made, that all such
24  copies have been returned together with the original documents.  No Confidential
25  Information may be used in any other judicial or other proceeding or for any other purpose
26  whatsoever, except (i) where required by legal process, or (ii) upon the written consent of

Protective Order Re MetLife's Financial Information      Page 3      **Bullivant|Houser|Bailey PC**
No.: CV04-5143 RBL
1601 Fifth Avenue, Suite 2300
Seattle, Washington  98101-1618
Telephone: 206.292.8930

1  MetLife.

2        9.    This Order may be modified by a stipulation of the parties, if so ordered by the
3  Court, or by the Court on the application of a party if the parties are unable to agree.  This
4  Order shall be binding upon all Qualified Persons and upon all other persons having
5  knowledge of its terms, and any violation thereof may be punishable by contempt.

6  
7  Dated:  June 3, 2010.
8                                                RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE
9  
10  *Presented by:*
11  Bullivant Houser Bailey PC
12  
13  /s/ Brian K. Keeley
    Brian K. Keeley, WSBA #32121
    E-Mail: brian.keeley@bullivant.com
14  Katherine S. Somervell, WSBA #40366
    E-Mail: katherine.somervell@bullivant.com
15  Bullivant Houser Bailey PC
    1601 Fifth Avenue, Suite 2300
16  Seattle, Washington  98101-1618
    206.292.8930
17  
18  12417035.1
19  
20  
21  
22  
23  
24  
25  
26  

Protective Order Re MetLife's Financial Information      Page 4      **Bullivant|Houser|Bailey PC**
No.: CV04-5143 RBL
                                                                                                             1601 Fifth Avenue, Suite 2300
                                                                                                             Seattle, Washington  98101-1618
                                                                                                             Telephone: 206.292.8930